# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0580

VERSUS

JOHNNY J. SANFORD                          **SEPTEMBER 14, 2020**

---

In Re:    Johnny J. Sanford, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-17-0112.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.** Relator should seek enforcement of the Order granting him free copies of his guilty plea and sentencing transcript from the district court before seeking relief from this court.  The Corrections Administrative Remedy Procedure is currently the exclusive remedy by which an offender may challenge the DPSC's time computations relative to parole, good time, or discharge dates.  La. R.S. 15:1171(B).

                          **PMc**
                          **JEW**
                          **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT